# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2124. EDDIE LUECHTEFELD v. THE STATE.**

A jury found Eddie Luechtefeld guilty of five counts of aggravated child molestation, two counts of aggravated sexual battery, one count of aggravated sodomy, one count of enticing a child for indecent purposes, and one count of sexual exploitation of children. Luechtefeld filed a motion for new trial, which the trial court denied on April 14, 2026. Luechtefeld filed a notice of appeal on May 18, 2026.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Luechtefeld filed his notice of appeal 34 days after the trial court order denying his motion for new trial.

---

[1] According to Luechtefeld's certificate of service, he placed his notice of appeal in prison mail on April 30, 2026, but it was not entered by the trial court clerk until May 18, 2026. Although Luechtefeld would be given the benefit of a "mailbox rule" for a habeas matter, the rule does not apply to this non-habeas matter. See *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).

Because Luechtefeld's notice of appeal is untimely, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,    06/04/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*